IN RE: UNITED STATES DEPARTMENT OF DEFENSE and United States Environmental Protection Agency Final Rule: Clean Water Rule: Definition of "Waters of the United States," 80 Fed. Reg. 37,054 (June 29, 2015),

**Murray Energy Corporation, et al., Petitioners,**

v.

United States Department of Defense, Department of the Army Corps of Engineers; and United States Environmental Protection Agency, et al., Respondents.

Case Nos. 15-3751, et al.

United States Court of Appeals, Sixth Circuit.

Filed February 28, 2018

Brooks Meredith Smith, Justin T. Wong, Troutman Sanders, Richmond, VA, for Petitioner

Kristy A. N. Bulleit, Karma B. Brown, Kerry L. McGrath, Andrew Turner, Hunton & Williams, Washington, DC, for Intervenor Utility Water Act Group

Jessica O'Donnell, Amy J. Dona, Andrew J. Doyle, Martha Mann, U.S. Department of Justice, Environment & Natural Resources Division, Washington, DC, for Respondents United States Environmental Protection Agency, Gina McCarthy, United States Army Corps of Engineers, John McHugh, Jo-Ellen Darcy

Timothy S. Bishop, Mayer Brown, Chicago, IL, Michael B. Kimberly, Mayer Brown, Washington, DC, John Quentin Melcher Riegel, National Association of Manufacturers, Washington, DC, for Intervenor National Association of Manufacturers

Jennifer Ann Sorenson, Natural Resources Defense Council, San Francisco, CA, for Intervenors Natural Resources Defense Council, Inc., National Wildlife Federation

Catherine Wannamaker, Christopher Kaltman DeScherer, Senior Attorney, Southern Environmental Law Center, Charleston, SC, Megan Hinkle, Southern Environmental Law Center, Atlanta, GA, for Intervenors One Hundred Miles, South Carolina Coastal Conservation League

James N. Saul, Lewis & Clark Law School, Portland, OR, for Intervenors Waterkeeper Alliance, Center for Biological Diversity, Center for Food Safety, Humboldt Baykeeper, Russian Riverkeeper, Monterey Coastkeeper, Snake River Waterkeeper, Upper Missouri Waterkeeper, Turtle Island Restoration Network

Janette K. Brimmer, Jennifer C. Chavez, Earthjustice, Seattle, WA, for Intervenors Puget Soundkeeper, Sierra Club

Philip Bein, Assistant Attorney General, Office of the Attorney General of New York, Albany, NY, Timothy Hoffman, Office of the Attorney General of New York, Buffalo, NY, for Intervenor State of New York

Kirsten S. P. Rigney, Office of the Attorney General of Connecticut, Hartford, CT, for Intervenor State of Connecticut

Edward Grant Bohlen, Office of the Attorney General of Hawaii, Honolulu, HI, for Intervenor State of Hawaii

Seth Schofield, Office of the Attorney General Massachusetts Energy and Environment Bureau, Boston, MA, for Intervenor State of Massachusetts

Lorelei M. Bensel, Oregon Department of Justice, Salem, OR, Paul Garrahan, Oregon Department of Justice, Natural Resources Section, Portland, OR, for Intervenor State of Oregon

Benjamin D. Battles, Office of the Attorney General of Vermont, Montpelier, VT, for Intervenor State of Vermont

Ronald Lavigne, Office of the Attorney General, Ecology Division, Olympia, WA, for Intervenor State of Washington

Loren L. AliKhan, Office of the Attorney General of the District of Columbia, Washington, DC, for Intervenor District of Columbia

Andre Monette, Best, Best & Krieger, Washington, DC, for Amici Curiae Association of California Water Agencies, National Water Resources Association, Eastern Municipal Water District, San Diego County Water Authority, Santa Fe Irrigation District, Helix Water District, Santa Margarita Water District

L. Rachel Lerman, Barnes & Thornburg, Los Angeles, CA, for Amicus Curiae 21 Senators and 67 Representatives

Lisa Ann Kirschner, Parsons, Behle & Latimer, Salt Lake City, UT, for Amicus Curiae National Rural Water Association

Richard Abbott Samp, Washington Legal Foundation, Washington, DC, for Amicus Curiae Washington Legal Foundation

Charles C. Caldart, National Environmental Law Center, Seattle, WA, Heather A. Govern, National Environmental Law Center, Boston, MA, for Amici Curiae Local Elected Officials, Small Business Founders, Owners or Operators

Susannah Weaver, Donahue & Goldberg, Washington, DC, for Amicus Curiae Environmental and Administrative Law Professors

Royal Gardner, Stetson University College of Law, Gulfport, FL, Stephanie Tai, University of Wisconsin Law School, Madison, WI, for Amicus Curiae Wetland and Water Scientists

Sam Kalen, Law Office, Laramie, WY, for Amicus Curiae Current and Former Members of Congress

Melinda Kassen, Waterjamin Legal & Policy Consulting, Boulder, CO, for Amici Curiae Trout Unlimited, American Fly Fishing Trade Association, Izaak Walton League of America, Theodore Roosevelt Conservation Partnership

BEFORE: KEITH, McKEAGUE and GRIFFIN, Circuit Judges.

## ORDER OF DISMISSAL

These consolidated actions challenging the validity of the "Clean Water Rule," 80 Fed. Reg. 37,054 (June 29, 2015), having been transferred to this court by the Judicial Panel on Multi-District Litigation; and

This court having issued its jurisdictional ruling on February 22, 2016, holding that plaintiffs' challenges are subject to direct review in this court, 817 F.3d 261; and

The Supreme Court having granted certiorari and having on January 22, 2018, reversed the majority jurisdictional ruling and remanded the matter to this court with instructions to dismiss for lack of jurisdiction, *Nat'l Ass'n of Mfrs. v. Dep't of Defense*, —— U.S. ——, 138 S.Ct. 617, 199 L.Ed.2d 501 (2018); and

The Supreme Court having issued its final judgment on February 23, 2018; now therefore,

**IT IS HEREBY ORDERED** that this court's order of stay dated October 9, 2015, staying the Clean Water Rule nationwide, *see In re E.P.A.*, 803 F.3d 804 (6th Cir. 2009), is **VACATED**; and

**IT IS FURTHER ORDERED** that all petitioners' challenges to the Clean Water Rule consolidated in this action are hereby **DISMISSED** for lack of jurisdiction.